IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BLACK WARRIOR RIVERKEEPER, INC., and DEFENDERS OF WILDLIFE.<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, and U.S. FISH and WILDLIFE SERVICE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 2:15-cv-01893-JEO<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.1(b), Plaintiffs Black Warrior Riverkeeper, Inc. and Defenders of Wildlife hereby respectfully move this Court for admission *pro hac vice* of Catherine M. Wannamaker.  Ms. Wannamaker is a member in good standing of the Bar of Georgia. *See* Ex. 1 (Supreme Court of Georgia Certificate of Good Standing).  She is admitted to practice before the United States Courts of Appeals for the Fourth, Fifth, Sixth, and Eleventh Circuits, and the United States District Court for the Southern District of Georgia. Ms. Wannamaker respectfully requests admission *pro hac vice* for this case.  A draft order is attached (Ex. 2).

Respectfully submitted this 29th day of October, 2015.

        *s/ Eva L. Dillard*
        Eva L. Dillard
        ASB-4118-A59E
        Black Warrior Riverkeeper, Inc.
        710 37th St. S
        Birmingham, AL 35222
        (205)-458-0095
        (205) 458-0094 Facsimile
        edillard@blackwarriorriver.org

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Motion for Admission Pro Hac Vice and a proposed Order with the Clerk of Court using the CM/ECF system which will send e-mail notification to all parties registered for electronic filing.

Respectfully submitted this 29th day of October, 2015,

        *s/ Eva L. Dillard*
        Counsel for Plaintiffs

CAROL W. HUNSTEIN, CHIEF JUSTICE
HUGH P. THOMPSON, PRESIDING JUSTICE
ROBERT BENHAM
P. HARRIS HINES
HAROLD D. MELTON
DAVID E. NAHMIAS
KEITH R. BLACKWELL
   JUSTICES

Supreme Court
State of Georgia
STATE JUDICIAL BUILDING
Atlanta 30334

THÉRÈSE S. BARNES, CLERK
JEAN RUSKELL, REPORTER

June 10, 2013

I hereby certify that Catherine Moore Wannamaker, Esq., was admitted on the 23rd day of February, 2009, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date she has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.

*Thérèse S. Barnes* , Clerk

EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BLACK WARRIOR RIVERKEEPER, INC., and DEFENDERS OF WILDLIFE.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. ARMY CORPS OF ENGINEERS, and U.S. FISH and WILDLIFE SERVICE,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case 2:15-cv-01893-JEO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER FOR ADMISSION

It appearing to the Court that the requirements of Local Rule 83.1(b) have been satisfied, the request by Plaintiffs Black Warrior Riverkeeper, Inc. and Defenders of Wildlife for the admission of Catherine M. Wannamaker to appear before this Court *pro hac vice* is hereby **GRANTED**.

**SO ORDERED**, this ___ day of _____, 2015.

_____
**JOHN E. OTT**
UNITED STATES MAGISTRATE JUDGE